

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-26-2014

# Ernesto Galarza v. Mark Szalczyk

Precedential or Non-Precedential: Precedential

Docket No. 12-3991

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"Ernesto Galarza v. Mark Szalczyk" (2014). *2014 Decisions.* Paper 334.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/334

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
_____

No. 12-3991
_____

ERNESTO GALARZA,

Appellant

v.

MARK SZALCZYK; CITY OF ALLENTOWN;
LEHIGH COUNTY; GREG MARINO;
CHRISTIE CORREA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civil Action No. 10-cv-6815)
District Judge: Hon. James Knoll Gardner

_____

Argued: October 10, 2013

Before: FUENTES, COWEN, and BARRY, *Circuit Judges*.

(Opinion Filed:  March 4, 2014)
_____

**O R D E R**

It is  O R D E R E D   that the Opinion entered on March 4, 2014 is amended to correct a clerical error referred to parties represented by Andrew C. Nichols, Esq.

The March 4, 2014, Opinion is amended as follows:

    1.  On page 3 of the Court's Opinion "Attorney for Amicus Appellant

1

National Immigration Project of the National Lawyers Guild" is corrected to read

"Attorney for Amicus Appellants National Immigration Project of the National Lawyers

Guild and National Immigrant Justice Center."

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:        March 26, 2014
SLC/cc:       Counsel of Record